In the Matter of the Claim of ELIZABETH RUZSJAK, Respondent, against METAL STAMPING COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 26, 1932; decided May 10, 1932.)

*Clarence B. Tippett* for appellants.

*Thomas D. Kenney* for the claimant-respondent.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for the State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.